## Case No. 4,169.

DUNLOP v. SILVER et al.

[1 Cranch, C. C. 27; 1 Cranch (5 U. S.) Append. 367.] [1]

Circuit Court, District of Columbia. July Term, 1801.

Mr. Jones, on behalf of the defendants,

Swann, contra.

[1] [Reported by Hon. William Cranch, Chief Judge.]

KILTY, Chief Judge, and CRANCH, Circuit Judge, were of opinion that the action

for money had and received was supported. MARSHALL, Circuit Judge, contra.

Judgment for the plaintiffs. Overruled by the supreme court of the United States, in Mandeville v. Riddle, 1 Cranch [5 U. S.] 290.

See the grounds of this opinion at length in 1 Cranch [5 U. S.] Append. 367.